PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM DUNN, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; CVS HEALTH, INC., a Rhode Island corporation; GARFIELD BEACH CVS, L.L.C., a California limited liability company; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 5:21-cv-00649 PA (SPx)<br><br>**Hon. Percy Anderson**<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL UNDER RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Trial Date:    February 15, 2022 |

**GOOD CAUSE APPEARING,** the Court hereby approves the Joint Stipulation of Parties and **ORDERS:**

1. The matter is hereby dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: December 6, 2021

_____
Percy Anderson
United States District Judge

Submitted by:
Daniel F. Fears, State Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, State Bar No. 258992
akh@paynefears.com
Leilani L. Jones, State Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendants CVS PHARMACY, INC. and GARFIELD BEACH CVS, LLC

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL UNDER RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE